■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER FRANKO, Appellant. [948 NYS2d 911]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Braslow, J.), rendered February 14, 2011, convicting him of conspiracy in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The record demonstrates that the defendant knowingly, intelligently, and voluntarily waived his right to appeal (*see People v Lopez*, 6 NY3d 248, 256-257 [2006]; *cf. People v Bradshaw*, 18 NY3d 257, 264 [2011]). The defendant's valid waiver of his right to appeal precludes review of his contention that the sentencing court should have sentenced him as a youthful offender (*see People v Holland*, 91 AD3d 672 [2012]; *People v Billings*, 60 AD3d 961, 962 [2009]; *People v Valentin*, 15 AD3d 424 [2005]). Angiolillo, J.P., Dickerson, Leventhal and Chambers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAURENCE GREGORY, Appellant. [948 NYS2d 916]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 11, 2011 (*People v Gregory*, 80 AD3d 624 [2011]), affirming an order of the County Court, Nassau County, entered November 4, 2009.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, A.P.J., Rivera, Austin and Roman, JJ., concur.